No. 10–5976. ESTRADA RODRIGUEZ, AKA ESTRADA, AKA MARTINEZ, AKA ESTRADAL, AKA ESTRADA BALERIO, AKA ESTRADA-

RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 